UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAVONPE WINBUSH                          CIVIL ACTION NO. 22-6217

                                         SECTION P
VS.

                                         JUDGE TERRY A. DOUGHTY

D. WASHINGTON, ET AL.                    MAG. JUDGE KAYLA D. MCCLUSKY

<u>**JUDGMENT**</u>

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written Objection [Doc. No. 15] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Javonpe Winbush's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request to dismiss his charges is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

MONROE, LOUISIANA, this 18th day of April 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE